# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

2009 SEP -1  ☐ 9: 06

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
## PURSUANT TO 28 U.S.C. § 1915

KONRAD KORZENIOWSKI,
Plaintiff(s),

v.

Case No. 3:09mc289 (DFM)

Law Office of Mitchell N Kay P.C.,
Defendant(s).

I request leave to commence this civil action without prepayment of fees, costs, or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I submit the attached financial affidavit and state that:

(1) I am unable to pay such fees, costs, or give security therefor.
(2) I am entitled to commence this action against the defendant(s).
(3) I request that the court direct the United States Marshal's Service to serve process.

_Konrad Korzeniowski_
Original Signature

KONRAD KORZENIOWSKI
Name (print or type)
51 Rockliffe Drive
Street Address
New Britain  CT  06051
City       State   Zip Code
(860) 595 9436
Telephone Number

Rev.1/11/08                                     1

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

# FINANCIAL AFFIDAVIT IN SUPPORT OF
# MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
# PURSUANT TO 28 U.S.C. § 1915

KONRAD KORZENIOWSKI
_____
Plaintiff(s),

v.

Law Office of Mitchell N. Kay P.C
_____
Defendant(s).

Case No. _____

I declare that:

(1) I am unable to pay such fees, costs, or give security therefor.

(2) I am entitled to commence this action against the defendant(s).

I further state that the responses I have made to the questions below relating to my ability to pay the cost of prosecuting this action and other matters are true.

**MARITAL STATUS**
Single ✓  Married ____  Separated ____  Divorced ____
If separated or divorced, are you paying any support or any form of maintenance?
Yes ____ No ____
Dependents: Wife ____ Children # ____ Others # ____
and relationship _____
Please provide the names and ages of your children. **IF A CHILD IS A MINOR (UNDER AGE 18), PLEASE IDENTIFY THE CHILD BY <u>INITIALS</u> ONLY.**
Name _____ Age ____
Name _____ Age ____
Name _____ Age ____

**RESIDENCE**
Street Address: 51 Rockliffe Drive
City: New Britain    State: CT
Zip Code: 06051    Telephone: 860 595 9436

**EDUCATION**
Please circle the highest level of formal education you have received:
Grammar School   K 1 2 3 4 5 6 7 8      High School   9 10 11 (12)
College   1 2 3 4      Post-Graduate   1 2 3 4

**EMPLOYMENT**
If <u>employed</u> at present, complete the following:
Name of employer: The Hospital of Central Connecticut
Address of employer: 100 Grand Street, New Britain CT 06051
How long employed by present employer: _____
Income:   Monthly _____      Weekly $400

If <u>self-employed</u> state weekly wages: _____
What is the nature of your employment? _____

If <u>unemployed</u> at present, complete the following:
I have been unemployed since the _____ day of _____, 19_____
The name of my last employer: _____
Address: _____
Telephone #: (___) _____
The last salary or wages received: _____

If <u>spouse</u> is employed, please complete the following:
Name of employer: _____
How long employed: _____
Income:   Monthly _____      Weekly _____
What is the nature of spouse's employment? _____

If on <u>welfare</u> or receiving <u>unemployment benefits</u> complete the following:
I have been on welfare or receiving unemployment benefits
since: _____
I am receiving $_____ monthly _____ weekly _____
for myself and family of _____.

If receiving <u>social security</u>, <u>disability</u> or <u>workers' compensation</u> benefits complete the following:
I have been receiving social security, disability or workers' compensation benefits
since: _____.
I am receiving $_____ monthly _____ weekly _____.

**FINANCIAL STATUS**
Owner of real property?   Yes _____   No ✓
If yes, description: _____
Address: _____
In whose name? _____
Estimated value: _____
Amount owed: _____

Rev.1/11/08                          3

Owed to: _____
Total: _____ Monthly payment _____

Owed to: _____
Total: _____ Monthly payment _____
Annual income from property: _____

Other property:
Automobile: Make _Nisson_   Model _V2y_   Year _07_
Registered owner(s) name(s): _KONRAD KORZENIOWSKI_
Present value of automobile: _18000_
Owed to: _Nisson Motor Acceptance Coporation_
Amount owed: _$7,900_

Cash or Securities on hand:
Cash in banks and savings and loan associations: _____
Names and addresses of banks and associations: _____

Stocks or bonds owned:
Indicate current value and name of company and number of shares of stock or identify bonds: _____

**OBLIGATIONS:**
Monthly rental on house or apartment:         $ _370_
Monthly mortgage payment on house:            $ _____
Gas bill per month:                           $ _250_
Electric bill per month:                      $ _150_
Phone bill per month:                         $ _75_
Car payments per month:                       $ _345_
Car insurance payments per month:             $ _160_
Other types of insurance payments per month   $ _100_
Monthly payments to retail merchants:         $ _____
  Please list: _____                     $ _____
  Please list: _____                     $ _____
Monthly payments on any other outstanding
loans or debts:                               $ _____
  Please list: _Credit card_                  $ _1300_
  Please list: _____                     $ _____
Any money owed to doctors, hospitals, lawyers
  Please list: _doctors_                      $ _1000_
  Please list: _____                     $ _____
Monthly payment for maintenance or child support
under separation or dissolution agreement:    $ _____
Estimated monthly expenditure on food:        $ _255_

Rev.1/11/08                    4

Estimated monthly expenditure on clothing:  $ 100

Total amount of monthly obligations:  $ 3,105

Other information pertinent to financial status: (Include stocks, bonds, savings bonds, interests in trusts either owned or jointly owned):

_____
_____
_____

**PREVIOUS LITIGATION:**
If you have ever filed a case in this district, provide the following information for each case you have filed. If you need additional space, please continue on a separate sheet.

| | Case Number | Case Caption | Disposition of Case |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

Date: September 01, 09        _Konrad Woniarski_
                               **Original Signature of Affiant**

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Date: September 01, 2009       _Konrad Woniarski_
                               Original Signature of Affiant